Michelle L. Roberts, State Bar No. 239092
E-mail: michelle@robertsdisability.com
Kristin P. Kyle de Bautista State Bar No. 221750
Email: kristin@robertsdisability.com
ROBERTS DISABILITY LAW, P.C.
66 Franklin Street, Ste. 300
Oakland, CA 94607
Telephone: (510) 230-2090
Facsimile: (510) 230-2091

Attorneys for Plaintiff,
Kristin Falco

Robert E. Hess (SBN 178042)
E-mail: rhess@maynardnexsen.com
MAYNARD NEXSEN, LLP
10100 Santa Monica Boulevard, Suite 550
Los Angeles, CA 90067
Tel: (310) 596-4500

Attorneys for Defendant,
Unum Life Insurance Company of America

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN FALCO,<br><br>         Plaintiff,<br><br>    vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>         Defendant. | CASE NO.: 5:24-cv-07808-NW<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE** |

TO THE HONORABLE COURT:

Plaintiff Kristin Falco and Defendant Unum Life Insurance Company of America, by and through their respective counsel of record whose signatures appear below, hereby stipulate and request that the above-captioned action be dismissed in its entirety with prejudice. Each party shall bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

///

| | | |
|---|---|---|
| DATED: July 31, 2025 | | ROBERTS DISABILITY LAW, P.C. |
| | By: | */s/ Michelle L. Roberts* <br> Michelle L. Roberts <br> Attorneys for Plaintiff, <br> KRISTIN FALCO |
| DATED: July 31, 2025 | | MAYNARD NEXSEN LLP |
| | By: | */s/ Robert E. Hess* <br> Robert E. Hess <br> Attorneys for Defendant, <br> UNUM LIFE INSURANCE COMPANY OF AMERICA |

## ATTESTATION OF E-FILED SIGNATURE

I, Michelle L. Roberts, am the ECF user whose ID and password are being used to file this Stipulation to Dismiss Action with Prejudice. In compliance with Local Rule 5-1(h), I hereby attest that Robert E. Hess, counsel for Defendant Unum Life Insurance Company of America has concurred in this filing.

*/s/ Michelle L. Roberts*
Michelle L. Roberts

**[PROPOSED] ORDER**

Pursuant to Stipulation, the Court hereby dismisses this action with prejudice. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: August 1, 2025

_____
HONORABLE NOËL WISE
UNITED STATES DISTRICT JUDGE